# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAUREEN BLACKWELL,
           Appellant,
vs.
JEROMY BIRKET; JANIS BIRKET;
DESA BALLARD; AND STEPHANIE
WEISSENSTEIN,
           Respondents.

No. 66525

**FILED**

FEB 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion to stay execution of and dismiss application of a foreign judgment. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

On May 20, 2015, counsel for appellant filed a suggestion of death of appellant, Maureen Blackwell. On May 22, 2015, this court entered an order directing appellant's counsel to file a motion for substitution of a personal representative, or inform this court that additional time would be required, or inform this court that appellant has no personal representative. After several extensions of time, on August 21, 2015, appellant's counsel, John Courtney of John Peter Lee, Ltd., filed a motion to withdraw as appellant's counsel of record on the ground that John Peter Lee, the sole owner of John Peter Lee, Ltd., had passed away unexpectedly and the law firm was closing. In that motion, Mr. Courtney indicated that Linda Wilde was the special administrator for the estate of appellant. Mr. Courtney indicated that he had contacted Ms. Wilde and advised her that he would be withdrawing as counsel of record for appellant. On January 19, 2016, we directed Ms. Wilde, within 11 days, to file a motion for substitution as a party in the place and stead of appellant. *See* NRAP 43(a)(1). We cautioned Ms. Wilde that failure to

16-06151

timely comply with this order would result in the dismissal of this appeal. Ms. Wilde has failed to respond; accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Ronald J. Israel, District Judge
       Janet Trost, Settlement Judge
       Linda Wilde
       Chris Phillips
       Dias Law Group, Ltd.
       Michael P. Rhodes
       Eighth District Court Clerk